JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Kathy Montano

**(b)** County of Residence of First Listed Plaintiff   Freemont, CA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Antranig Garibian – 1800 John F. Kennedy Boulevard, Suite 300, Philadelphia, PA 19103 (215) 326-9179

## DEFENDANTS
AllianceOne Receivables Management, Inc.

County of Residence of First Listed Defendant   Trevose, PA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Lawrence J. Bartel, Esq., 2000 Market Street, Suite 2300, Philadelphia, PA 19103 (215)575-2780.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                        *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☒ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Medical Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 U.S.C. § 227, et seq. and 15 U.S.C. § 1692, et seq.

Brief description of cause:
Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE                                    DOCKET NUMBER

DATE
09/09/2016

SIGNATURE OF ATTORNEY OF RECORD
*Lawrence J. Bartel*

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff   Kathy Montano  c/o Antranig Garibian – 1800 John F. Kennedy Boulevard, Suite 300, Philadelphia, PA 19103

Address of Defendant   AllianceOne Receivables Management, Inc. c/o Lawrence J. Bartel – 2000 Market Street, Ste. 2300, Philadelphia, PA 19103

Place of Accident, Incident or Transaction   Freemont, CA
*(Use Reverse Side for Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more if its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 8.1(a))   Yes ☒   No ☐

Does this case involve multidistrict litigation possibilities?   Yes ☐   No ☒
*RELATED CASE, IF ANY:*

Case Number: _____   Judge _____   Date Terminated _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier number case pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

CIVIL: (Place ✓ in ONE CATEGORY ONLY)

| A. | Federal Question Cases: | | B. | Diversity Jurisdiction Cases |
|---|---|---|---|---|
| 1. | ☐ Indemnity Contract, Marine Contract, and All Other Contracts | 1. | ☐ Insurance Contract and Other Contracts |
| 2. | ☐ FELA | 2. | ☐ Airplane Personal Injury |
| 3. | ☐ Jones Act-Personal Injury | 3. | ☐ Assault, Defamation |
| 4. | ☐ Antitrust | 4. | ☐ Marine Personal Injury |
| 5. | ☐ Patent | 5. | ☐ Motor Vehicle Personal Injury |
| 6. | ☐ Labor-Management Relations | 6. | ☐ Other Personal Injury (Please specify) |
| 7. | ☐ Civil Rights | 7. | ☐ Products Liability |
| 8. | ☐ Habeas Corpus | 8. | ☐ Products Liability – Asbestos |
| 9. | ☐ Securities Act(s) Cases | 9. | ☐ All other Diversity Cases |
| 10. | ☐ Social Security Review Cases | | (Please specify) |
| 11. | ☒ All other Federal Question Cases | | |
| | (Please specify)   Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. | | |

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I,   Lawrence J. Bartel   counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE   September 9, 2016        *Lawrence J. Bartel*        94006
                                Attorney-at-Law              Attorney I.D. #

**NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.**

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE   September 9, 2016        *Lawrence J. Bartel*        94006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

**KATHY MONTANO** : **CIVIL ACTION**

v. :

**ALLIANCEONE RECEIVABLES** : **NO.**
**MANAGEMENT, INC. and CAPITAL ONE**
**BANK (USA), NA**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)   Habeas Corpus-Cases brought under 28 U.S.C. §2241 through §2255.          ( )

(b)   Social Security-Cases requesting review of a decision of the Secretary of Health
       and Human Services denying plaintiff Social Security Benefits.                    ( )

(c)   Arbitration-Cases require to be designated for arbitration under Local Civil Rule 53.2.   (X)

(d)   Asbestos-Cases involving claims for personal injury or property damage from
       exposure to asbestos.                                                              ( )

(e)   Special Management-Cases that do not fall into tracks (a) through (d) that are
       commonly referred to as complex and that need special or intense management by
       the court. (See reverse side of this form for a detailed explanation of special
       management cases.)                                                                ( )

(f)   Standard Management--Cases that do not fall into any one of the other tracks.      ( )

|  |  | Defendant, |
|---|---|---|
| | | AllianceOne Receivables |
| September 9, 2016 | *Laurence J. Bartel* | Management, Inc. |
| Date | Attorney-at-law | Attorney for |
| | | |
| | | LJBartel@mdwcg.com |
| (215) 575-2780 | (215) 575-0856 | |
| Telephone | FAX Number | E-Mail Address |

**Civil Justice Expense and Delay Reduction Plan**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| **KATHY MONTANO** | : | **CIVIL ACTION** |
| **v.** | : | |
| **ALLIANCEONE RECEIVABLES MANAGEMENT, INC.  and CAPITAL ONE BANK (USA), NA** | : | **NO.** |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)   Habeas Corpus-Cases brought under 28 U.S.C. §2241 through §2255.    ( )

(b)   Social Security-Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.    ( )

(c)   Arbitration-Cases require to be designated for arbitration under Local Civil Rule 53.2.    (X)

(d)   Asbestos-Cases involving claims for personal injury or property damage from
exposure to asbestos.    ( )

(e)   Special Management-Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court.  (See reverse side of this form for a detailed explanation of special
management cases.)    ( )

(f)   Standard Management--Cases that do not fall into any one of the other tracks.    ( )

| | | |
|---|---|---|
| September 9, 2016 | *Laurence J. Bartel* | Defendant, AllianceOne Receivables Management, Inc. |
| Date | Attorney-at-law | Attorney for |
| | | LJBartel@mdwcg.com |
| (215) 575-2780 | (215) 575-0856 | |
| Telephone | FAX Number | E-Mail Address |

**Civil Justice Expense and Delay Reduction Plan**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KATHY MONTANO,** | |
| Plaintiff, | **Civil Action No.** |
| v. | |
| **ALLIANCEONE RECEIVABLES MANAGEMENT, Inc. and CAPITAL ONE BANK(USA), NA,** | |
| Defendant. | |

## <u>NOTICE OF REMOVAL</u>

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, Defendant, AllianceOne Receivables Management, Inc. ("ARMI"), by and through its counsel, Marshall Dennehey Warner Coleman & Goggin, P.C., hereby removes the action captioned as <u>Kathy Montano v. AllianceOne Receivables Management, Inc. et al.</u>, docket no. 2016-04531, as filed in the Court of Common Pleas for Bucks County, Pennsylvania ("the Action"), to the United States District Court for the Eastern District of Pennsylvania, based upon the following:

1.     On or about July 20, 2016 Plaintiff filed the Action in the Court of Common Pleas for Bucks County, Pennsylvania. A true and correct copy of Plaintiff's Complaint in the Action is attached hereto as Exhibit "A."

2.     ARMI first received notice of the Action on or about August 12, 2016, when it were served with Plaintiff's Complaint.

3.     Based on the foregoing, ARMI has timely filed this Notice of Removal within thirty days of being served with the Complaint and within

thirty days of the date that the Action was first removable.   See 28 U.S.C. § 1446(b).

    4.    The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by MF pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff has alleged that ARMI violated the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, et seq., thereby asserting claims that arise under federal law.

    5.    In that the causes of action alleged by the Plaintiff arise from the performance of obligations of the parties within Bucks County, Pennsylvania, the United States District Court for the Eastern District of Pennsylvania should be assigned the Action.

    6.    Pursuant to 28 U.S.C. § 1446(d), MF will file a copy of this Notice of Removal with the Clerk of the United States District Court for the Eastern District of Pennsylvania, will serve Plaintiff with copies of this Notice of Removal and will file the Notice of Removal in the Philadelphia County Court of Common Pleas.

    **WHEREFORE**, Defendant, AllianceOne Receivables Management, Inc. notifies this Court that this Action is removed from the Court of Common Pleas for Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania pursuant to the provisions of 28 U.S.C. §§1331, and 1446.

Respectfully submitted,

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN, P.C.**

By:    *Lawrence J. Bartel*
           Lawrence J. Bartel
           2000 Market Street, Suite 2300
           Philadelphia, PA 19103
           (215) 575-2780 / (215) 575-0856 (f)
           Ljbartel@mdwcg.com
           Attorneys for Defendant
           AllianceOne RECEIVABLES Management, Inc.

Dated:  September 9, 2016

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KATHY MONTANO,** | |
| Plaintiff, | **Civil Action No.** |
| v. | |
| **ALLIANCEONE RECEIVABLES MANAGEMENT, Inc. and CAPITAL ONE BANK(USA), NA,** | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Lawrence J. Bartel, do hereby certify that a true and correct copy of Defendant, Midland Funding, LLC's Notice of Removal was served upon the below-listed counsel of record by regular mail on <u>September 9, 2016</u>.

Antranig Garibian, Esquire
1800 John F. Kennedy Boulevard, Suite 300
Philadelphia, PA 19103

CAPITAL ONE BANK USA NA
4851 COX ROAD
GLEN ALLEN, VA 23060 UNITED STATES

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN, P.C.**

By: _____
Lawrence J. Bartel
Attorneys for Defendant
AllianceOne RECEIVABLES Management, Inc.

Dated: <u>September 9, 2016</u>

# EXHIBIT "A"



## COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA

KATHY MONTANO

vs.

ALLIANCE ONE RECEIVABLES MANAGEMENT INC

NO.  2016-04531

### CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document commencing an action in the Bucks County Court of Common Pleas. The information provided herein is used solely as an aid in tracking cases in the court system. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney:  Antranig Niaz Garibian, Esq., ID: 94538

Self-Represented (Pro Se) Litigant ☐

**Class Action Suit**      ☐ Yes      ☒ No

**MDJ Appeal**      ☐ Yes      ☒ No          **Money Damages Requested** ☒

**Commencement of Action:**

Complaint

**Amount in Controversy:**

$50,000 or less

## Case Type and Code

Contract:

Debt Collection: Credit Card

**Other:**

Case# 2016-04531-0 - JUDGE:25  Received at County of Bucks Prothonotary Office on 07/20/2016 2:06 PM, Fee = $248.00

## IN THE COURT OF COMMON PLEAS
## BUCKS COUNTY, PENNSYLVANIA

| | |
|---|---|
| Kathy Montano,<br><br>                Plaintiff,<br><br>– against–<br><br><br>AllianceOne Receivables Management, Inc.,<br>and Capital One Bank (USA), NA,<br><br>            Defendant(s). | Case No.<br><br><br><br>**COMPLAINT** |

### NOTICE

You have been sued in court.  If you wish to defend against the claims set forth in the following pages you must take action within twenty (20) days after this complaint and notice are served by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICES SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

LAWYER REFERENCE SERVICE
Bucks County Bar Association
135 East State Street
Doylestown, PA 18901
Phone (215) 348-9413
1-800-479-8585
www.bucksbar.org
PA Bar Association: www.pabar.org

Case# 2016-04531-0 - JUDGE:25  Received at County of Bucks Prothonotary Office on 07/20/2016 2:06 PM, Fee = $248.00

## IN THE COURT OF COMMON PLEAS
## BUCKS COUNTY, PENNSYLVANIA

| | |
|---|---|
| Kathy Montano, | Case No. |
| Plaintiff, | |
| – against– | **COMPLAINT** |
| AllianceOne Receivables Management, Inc., and Capital One Bank (USA), NA, | |
| Defendant(s). | |

Comes now PLAINTIFF, KATHY MONTANO, by and through her attorneys, Garibian Law Offices, P.C., for her Complaint against Defendants, Capital One Bank (USA), NA ("Capital One"), and AllianceOne Receivables Management, Inc., ("AllianceOne") and states as follows:

### INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendants' breach of contract, breach of the implied covenant of good faith and fair dealing, and violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereafter the "FDCPA"). The FDCPA prohibits debt collectors from engaging in abusive, deceptive, and unfair collection practices.

### PARTIES

2. Plaintiff, Kathy Montano, is an adult citizen of the state of California, domiciled Fremont, CA.

Case# 2016-04531-0 - JUDGE:25  Received at County of Bucks Prothonotary Office on 07/20/2016 2:06 PM, Fee = $248.00

3. Defendant Capital One is a financial institution that is regularly engaged in the business of collecting debts in Pennsylvania, with its principal place of business located at 4851 Cox Road, Glen Allen, VA 23060.

4. Defendant AllianceOne is a business entity organized and existing under the law of Delaware regularly engaged in the business of collecting debts in Pennsylvania with its principal place of business located at 4850 E. Street Road, Suite 300, Trevose, PA 19053. The principal purpose of Defendant is the collection of debts using the mails and telephone, and Defendant regularly attempts to collect debts alleged to be due another.

5. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

6. Defendant AllianceOne is a "debt collector" as defined by 15 U.S.C. § 1692a(6) of the FDCPA.

## FACTUAL ALLEGATIONS

7. The debt at issue arises out of an alleged transaction which was primarily for personal, family or household purposes and falls within the definition of "debt" for purposes of 15 U.S.C. § 1692a(5).

8. On or about November 18, 2015, Plaintiff and AllianceOne, on behalf of Capital One, entered into a settlement agreement for Plaintiff's Capital One account ending in 6936. A copy of the settlement agreement is attached herein as Exhibit A.

9. Thus, Defendants acknowledged that they had agreed to a settlement with Plaintiff, in consideration of monthly payments which Plaintiff would be required to make.

Case# 2016-04531-0 - JUDGE:25 Received at County of Bucks Prothonotary Office on 07/20/2016 2:06 PM, Fee = $248.00

10. Pursuant to the terms of the settlement, Plaintiff was required to make two (2) payments totaling $281.25.

11. On November 19, 2015, Plaintiff, via her debt settlement company, National Debt Relief ("NDR"), timely made the first payment.

12. Defendants accepted and cashed the payment. Proof of this payment is attached herein as Exhibit B.

13. However, although Plaintiff and NDR timely made the next settlement payment available, Defendants refused to accept this payment, thereby breaching the parties' agreement.

14. Thereafter, on January 21, 2016, NDR contacted AllianceOne to resolve the payment discrepancy; an AllianceOne representative named Lexi stated that the account was recalled by Capital One.

15. Defendants' reneging on the settlement agreement with Plaintiff constitutes a breach of contract.

16. AllianceOne knew or should have known that its actions violated the FDCPA. Additionally, Defendant could have taken the steps necessary to bring its actions within compliance with the FDCPA, but neglected to do so and failed to adequately review its actions to ensure compliance with said laws.

17. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

Case# 2016-04531-0 - JUDGE:25  Received at County of Bucks Prothonotary Office on 07/20/2016 2:06 PM, Fee = $248.00

18. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, negligent and in wanton disregard for federal law and the rights of the Plaintiff herein.

## COUNT I
### (Breach of Contract)

19. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

20. Defendants acknowledged that they had agreed to a settlement with Plaintiff, in consideration of monthly payments which Plaintiff would be required to make.

21. Plaintiff timely made the first requisite settlement payment, in accordance with the agreement.

22. Defendants accepted and cashed the payment.

23. However, although Plaintiff and NDR timely made the next settlement payment available, Defendants refused to accept this payment, thereby breaching the parties' agreement.

24. Defendants' reneging on their settlement agreement with Plaintiff constitutes a breach of contract.

25. As a result, Plaintiff has suffered actual and monetary damages.

## COUNT II
### (Breach of Implied Covenant of Good Faith and Fair Dealing)

26. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

Case# 2016-04531-0 - JUDGE:25  Received at County of Bucks Prothonotary Office on 07/20/2016 2:06 PM, Fee = $248.00

27. Defendants owed Plaintiff an implied duty of good faith and fair dealing with respect to the settlement agreement with Plaintiff.

28. By way of the foregoing conduct, Defendants breached the implied covenant of good faith and fair dealing that they owed to Plaintiff with respect to the settlement agreement.

29. Defendants have acted unreasonably, in bad faith, and have deprived Plaintiff of the benefit of the bargain of the settlement agreement by refusing to perform their obligations under the settlement agreement.

30. As a result of Defendants' breach, Plaintiff has suffered actual and monetary damages.

### COUNT III
(Fair Debt Collection Practices Act)

31. Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

32. The above contacts between AllianceOne and Plaintiff were "communications" relating to a "debt" as defined by 15 U.S.C. § 1692a(2) and 1692a(5) of the FDCPA.

33. FDCPA 15 U.S.C. § 1692e(10) prohibits any false, misleading, or deceptive representation or means in connection with the collection of a debt.

34. FDCPA § 1692f(1) prohibits the use of unfair or unconscionable practices to collect a debt, including collection of any amount not authorized by the contract or law.

35. FDCPA 15 U.S.C. § 1692e(2)(a) prohibits the false representation of the character, amount or legal status of any debt.

36. AllianceOne violated these provisions by falsely and deceptively inducing Plaintiff to enter into a settlement agreement which it did not intend to adhere to and/or intended to breach.

37. As a result of the above violations of the FDCPA, AllianceOne is liable to Plaintiff for actual damages, statutory damages which can be up $1,000, and attorneys' fees and costs.

Case# 2016-04531-0 - JUDGE:25  Received at County of Bucks Prothonotary Office on 07/20/2016 2:06 PM, Fee = $248.00

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands that judgment in the sum of $12,000.00 be entered against Defendants as follows:

(a) That judgment be entered against Defendants for actual and monetary damages accrued by Plaintiff as a result of their breach of contract;

(b) That judgment be entered against Defendants for actual and monetary damages accrued by Plaintiff as a result of their breach of the implied covenant of good faith and fair dealing;

(c) That judgment be entered against AllianceOne for actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

(d) That judgment be entered against AllianceOne for statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);

(e) That the Court award costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and

(f) That the Court grant such other and further relief as may be just and proper.

Respectfully Submitted,

**GARIBIAN LAW OFFICES, P.C.**

*/s/ Antranig Garibian, Esquire*
Antranig Garibian, Esquire (Bar No. 94538)
1800 John F. Kennedy Boulevard, Suite 300
Philadelphia, PA 19103
(215) 326-9179
ag@garibianlaw.com
*Counsel for Plaintiff*

## VERIFICATION BY PLAINTIEF

The undersigned hereby states that the statements made in the foregoing pleading are true and correct to the best of his/her knowledge, information, and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa.C.S. Section 4904, relating to unsworn falsification to authorities.

_Kathy Montano_
Kathy Montano
*Plaintiff*

Case# 2016-04531-0 - JUDGE:25  Received at County of Bucks Prothonotary Office on 07/20/2016 2:06 PM, Fee = $248.00

Case# 2016-04531-0 - JUDGE:25  Received at County of Bucks Prothonotary Office on 07/20/2016 2:06 PM, Fee = $248.00

# EXHIBIT A

Case# 2016-04531-0 - JUDGE:25  Received at County of Bucks Prothonotary Office on 07/20/2016 2:06 PM, Fee = $248.00



4850 Street Road, Suite 300
Trevose, PA 19053
Please send all correspondence to the above address

NOVEMBER 18, 2015

Attn: NATIONAL DEBT RELIEF
Your Client:

KATHY M MONTANO
3818 DARWIN DR APT 9
FREMONT, CA 94555

CLIENT:          CAPITAL ONE BANK (USA), N.A
REFERENCE #:     26555430
ACCOUNT #:       XXXX-XXXX-XXXX-6936
BALANCE:         $562.49

Dear KATHY M MONTANO:

Pursuant to our conversation, we will accept a settlement in full in the amount of $281.25 on the above listed account balance. We have agreed to the following condition(s) for this settlement to be considered valid: Payment of $100.00 is due 11/30/15. Final payment of $181.25 is due 12/29/15.

Upon receipt and clearance of all funds, we will notify our client that your client has settled the account.

If you have any questions or require additional information, please contact me at 866-289-4532. Your prompt attention in this matter is appreciated.

Sincerely,

Cara Mason
Account Representative
AllianceOne Receivables Management Inc.

The following is intended for your client regarding this account:

**This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose.** Capital One POA ACCEPTED SIF 3 2014

5/16/2016                                          Check Image Results

## Check Image Inquiry Results

| Account # | Check # | Amount | Paid Date | Sequence # |
|-----------|---------|--------|-----------|------------|
| 1881553075 | 3657 | $100.00 | 11/19/2015 | 973539223 |

PRINTED WITH BLUE BACKGROUND ON WHITE PAPER

KATHY M MONTANO                                              Check No. 3657
3838 DARWIN DR APT 9
FREMONT, CA 94555,1346                          November 19, 2015

Pay To The
Order Of   ALLIANCEONE RECEIVABLES / DEF            | $ 100.00******

One Hundred and 00/100                                          DOLLARS
        COMERICA BANK
                                            KATHY M MONTANO
                                            BY ALLIANCEONE

26555430 CAPITAL ONE BANK (USA), N.A3LD

⑆111000753⑆ 1881593075⑈ 3657

111915 10060001    10000449

>065000090<

111915 10060001   10000449        CAPITAL ONE, NA,
Pay to the Order of Capital_One   0032597578      11192015
City, State, Zip >021407912<      RICHMOND, VA 050 23
For Deposit Only AllianceOne 7057130622           7057130622

Case# 2016-04531-0 - JUDGE.25  Received at County of Bucks Prothonotary Office on 07/20/2016 2:06 PM, Fee = $248.00